CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 8 2011

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **TALIB-DIYN AZIZ,** | ) |
| | ) Case No.7:11CV00039 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| | ) |
| **PITTSYLVANIA COUNTY JAIL,** <u>et al.</u>, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |
| | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

that plaintiff's claim alleging wrongful conviction through the use of false testimony is hereby

**DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and the clerk is directed

to terminate the Commonwealth Attorney's Office as a defendant.

**ENTER:**    This 28th day of April, 2011.

_____
United States District Judge