IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TALIB-DIYN AZIZ,** ) | Civil Action No. 7:11-cv-00039 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **PITTSYLVANIA COUNTY JAIL, <u>et al.</u>,** ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the County of Pittsylvania's motion to dismiss is **GRANTED**; the claims against Pittsylvania County are **DISMISSED with prejudice**; the remaining defendants' motions for summary judgment are **GRANTED**; all claims against the defendants are **DISMISSED with prejudice**; plaintiff's motions to proceed to trial are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

Entered: January 28, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge